UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE DAVIS,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SAN FRANCISCO,<br>　　　　Defendant. | Case No. 19-cv-03419-PJH<br><br>**ORDER TERMINATING MOTION FOR SUMMARY JUDGMENT**<br>Re: Dkt. No. 16 |

On August 13, 2019, this court dismissed plaintiff's complaint with leave to amend. Dkt. 15. On August 16, this court received by mail plaintiff's motion for summary judgment. Dkt 16. On August 22, the court received plaintiff's amended complaint, filed in response to the order dismissing his original complaint. Dkt. 17.

It appears that plaintiff's motion for summary judgment was sent to the court before plaintiff received a copy of the order dismissing his original complaint. The effect was that plaintiff's motion for summary judgment was filed while there was no active complaint in the action. As such, the court hereby TERMINATES plaintiff's motion for summary judgment, without prejudice to plaintiff filling a motion for summary judgment at an appropriate time in the future. The court will review plaintiff's amended complaint under 28 U.S.C. § 1915 and issue an order pursuant to that statute.

**IT IS SO ORDERED.**

Dated: August 30, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge